United States Bankruptcy Court
Middle District of Florida

In re:
Carl Henry Duclos
    Debtor

Case No. 15-02136-PMG
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 113A-3        User: leel            Page 1 of 2            Date Rcvd: Aug 11, 2015
                            Form ID: B18         Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2015.
```
db          +Carl Henry Duclos,    7740 Plantation Bay Drive,    Apt 309,   Jacksonville, FL 32244-5186
cr          +U.S. Bank National Association,   C/O Rodolfo J. Miro, ESQ,
              Robertson, Anschutz & Schneid P.L.,   6409 Congress Ave.,    Suite 100,
              Boca Raton, FL 33487-2853
25503776    +Cash Advance America,   135 N Church Street,    Spartanburg, SC 29306-5138
25503777    +Cash on Web,   621 Medicine Way,   Suite #7,    Ukiah, CA 95482-8136
25503779    +Delbert Services Corporation,   Rodney Square N,    1100 N Market Street,
              Wilmington, DE 19801-1243
25503780     Delray Capital LLC,   4545 Southwestern Blvd,    Suite 209,   Hamburg, NY 14075
25503781    +Equifax,   P.O. Box 740256,   Atlanta, GA 30374-0256
25503782    +Experian,   955 American Lane,   Schaumburg, IL 60173-4998
25640588    +Midland Credit Management, Inc as agent for,    Midland Funding LLC,   PO Box 2011,
              Warren, MI 48090-2011
25503785    +Money Credit Line,   PO Box 959,   Wood Dale, IL 60191-0959
25503786    +National Credit System,   Attn: Bankruptcy,    PO Box 312125,   Atlanta, GA 31131-2125
25503787    +Northern Plains Funding,   PO Box 516,    Hays, MT 59527-0516
25503788    +Paradise Island Apartments,   8787 Southside Blvd,    Jacksonville, FL 32256-3524
25503789    +Quest Diagnostic,   3 Giralda Farms,    Madison, NJ 07940-1027
25503790    +Stellar Recovery Inc,   4500 Salisbury Road,    Suite 105,   Jacksonville, FL 32216-8035
25503791   ++++THE CASHLINE,   D/B/A NET CASH 123,    409 LARCH CIR,   WILMINGTON DE 19804-2370
              (address filed with court: The Cashline,   d/b/a Net Cash 123,    105 Robino Court,   Suite 409,
              Wilmington, DE 19804)
25503792    +Transunion,   P.O. Box 1000,   Chester, PA 19016-1000
25503793    +TwinLeaf Condominium Assn,   c/o 1st Service Residential,    6620 Southpoint Drive S,
              Jacksonville, FL 32216-0901
25503796    +US Bank Home Mortgage,   PO Box 20005,    Owensboro, KY 42304-0005
25503794     Uncle Warbucks,   PO Box 1469,   Kahnawake, Quebec J0L 1B0
25503795    +Unifund CCR LLC,   10625 Techwoods Circle,    Cincinnati, OH 45242-2846
25503799    +Wetherington Hamilton, PA,   Attn: Jaremy J. Shelton, Esq,    PO Box 172727,
              Tampa, FL 33672-0727
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr           EDI: EPIQSYS.COM Aug 11 2015 22:28:00     Gordon P. Jones,    P O Box 600459,
              Jacksonville, FL 32260-0459
25503774     EDI: ACECASHXPRESS.COM Aug 11 2015 22:28:00     Ace Cash Express,   9741 San Jose Blvd,
              Jacksonville, FL 32257-5443
25503775    +EDI: RMCB.COM Aug 11 2015 22:28:00      American Medical Collection,   4 Westchester Plaza,
              Building 4,   Elmsford, NY 10523-1612
25503778    +EDI: CCS.COM Aug 11 2015 22:28:00     Credit Collections Services,   PO Box 773,
              Needham, MA 02494-0918
25503771    +E-mail/Text: taxdept@coj.net Aug 11 2015 22:41:07      Duval County Tax Collector,
              231 Forsyth St. #130,   Jacksonville FL 32202-3380
25503772     EDI: FLDEPREV.COM Aug 11 2015 22:28:00     Florida Dept. of Revenue,    Bankruptcy Unit,
              P.O. Box 6668,   Tallahassee, FL 32314-6668
25503783    +Fax: 904-665-6557 Aug 11 2015 22:43:40      JEA,   21 W Church Street,
              Jacksonville, FL 32202-3158
25503784    +EDI: MID8.COM Aug 11 2015 22:28:00     Midland Funding,   8875 Aero Drive Ste 200,
              San Diego, CA 92123-2255
25634895     EDI: Q3G.COM Aug 11 2015 22:28:00     Quantum3 Group LLC as agent for,    ACE Cash Express INC,
              PO Box 788,   Kirkland, WA 98083-0788
25503773    +E-mail/Text: ustp.region21.or.ecf@usdoj.gov Aug 11 2015 22:39:46      United States Trustee,
              135 W Central Blvd, Suite 620,   Orlando, FL 32801-2476
25503797     E-mail/Text: collectionsoperationsgroup@vystarcu.org Aug 11 2015 22:40:57
              Vystar Credit Union,   Attn: Bankruptcy,   PO Box 45085,   Jacksonville, FL 32232
25503798    +EDI: WFFC.COM Aug 11 2015 22:28:00     Wells Fargo Financial,   PO Box 3569,
              Rancho Cucamonga, CA 91729-3569
                                                                                              TOTAL: 12
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          Gordon P. Jones,   P.O. Box 600459,   Jacksonville, FL 32260-0459
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
District/off: 113A-3          User: leel                 Page 2 of 2                   Date Rcvd: Aug 11, 2015
                              Form ID: B18               Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 11, 2015 at the address(es) listed below:
              Audrey J Dixon    on behalf of Creditor    U.S. Bank National Association Audrey.Dixon@rasflaw.com,
               jmora@rasflaw.com;bkyecf@rasflaw.com
              E. R. Mousa    on behalf of Debtor Carl Henry Duclos mousa@mousalaw.com,   cravey@mousalaw.com,
               masters@mousalaw.com
              Gordon P. Jones    gjones@epitrustee.com,   gjones@ecf.epiqsystems.com
              Gordon P. Jones    on behalf of Trustee Gordon P. Jones gjones@epitrustee.com
              United States Trustee - JAX 13/7    USTP.Region21.OR.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

**Form B18 (Official Form 18)(12/07)**

# United States Bankruptcy Court

Middle District of Florida

Case No. **3:15–bk–02136–PMG**

**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Carl Henry Duclos
    7740 Plantation Bay Drive
    Apt 309
    Jacksonville, FL 32244

Social Security No.:
    xxx–xx–2387

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

Dated: August 11, 2015

_____
Paul M. Glenn
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18 continued (12/07)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7 , the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**